HENRY A. PLATT (CSB No. 142304)
Email: hplatt@saul.com
SAUL EWING LLP
2600 Virginia Avenue, N.W.
Suite 1000 – The Watergate
Washington, D.C. 20037-1922
Tel.: 202.333.8800
Fax: 202.295.6776

Attorneys for Movant, John Doe

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| GRISOFT, S.R.O., | Case No. 07-mc-80281-MMC |
| Requestor, | **NOTICE OF APPEARANCE** |
| vs. | |
| GOOGLE, INC., | |
| Witness. | |

TO THE CLERK OF COURT:

    Please enter my Appearance on behalf of Movant John Doe in the above-captioned action.

                                                 SAUL EWING LLP

Dated: January 31, 2008                By:      /s/
                                                      Henry A. Platt

                                                 Attorneys for Movant
                                                 JOHN DOE

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of February, 2008, I sent via electronic and first-class mail a copy of the foregoing **NOTICE OF APPEARANCE** to Michael L. Meeks, Esquire, Pepper Hamilton LLP, 5 Park Plaza, Suite 1700, Irvine California 92614 (meeksm@pepperlaw.com) and Jennifer L. Lambert, Esquire, Pepper Hamilton LLP, 3000 Two Logan Square, Eighteenth and Arch Streets, Philadelphia, PA 19103-2799 (lambertj@pepperlaw.com), Counsel for Requestor, Grisoft, S.R.O. and Google, Inc. c/o Google Legal Support/DMCA Complaints, 1600 Amphitheatre Parkway, Mountain View, CA 94043 (legal-support@google.com).

/s/
Henry A. Platt