HENRY A. PLATT (CSB No. 142304)
Email: hplatt@saul.com
SAUL EWING LLP
2600 Virginia Avenue, N.W.
Suite 1000 – The Watergate
Washington, D.C.  20037-1922
Tel.: 202.333.8800
Fax: 202.295.6776

Attorneys for Movant, John Doe

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| GRISOFT, S.R.O.,<br><br>　　　　Requestor,<br><br>　vs.<br><br>GOOGLE, INC.,<br><br>　　　　Witness. | Case No. 07-mc-80281-MMC<br><br>**[PROPOSED] ORDER GRANTING MOTION BY JOHN DOE TO QUASH SUBPOENA PURSUANT TO 17 U.S.C. § 512(h)**<br><br>Date: March 14, 2008<br>Time: 9:00 a.m.<br>Judge: The Honorable Maxine M. Chesney<br>Courtroom: 7, 19th Floor |

Upon consideration of John Doe's Motion to Quash Subpoena Pursuant to 17 U.S.C. 512 (h) and any response in opposition thereto, IT IS HEREBY ORDERED, this _____ day of _____, 2008, that John Doe's Motion is hereby **GRANTED**, and the subpoena directed to Google, Inc., issued by this Court on January 3, 2008 at the request of Grisoft, S.R.O pursuant to 17 U.S.C. 512 (h), is HEREBY QUASHED.

Dated: _____   _____
　　　　　　　　　　　　　　　　　　　　　　The Honorable Maxine M. Chesney

[Proposed] Order Granting John Doe's Motion To Quash Subpoena Pursuant to 17 USC § 512(h)
Civil Action No. 07-mc-80281-MMC
941500.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of February, 2008, I sent via electronic and first-class mail a copy of the foregoing **[PROPOSED] ORDER GRANTING MOTION BY JOHN DOE TO QUASH SUBPOENA PURSUANT TO 17 U.S.C. § 512(h)** to Michael L. Meeks, Esquire, Pepper Hamilton LLP, 5 Park Plaza, Suite 1700, Irvine California 92614 (meeksm@pepperlaw.com) and Jennifer L. Lambert, Esquire, Pepper Hamilton LLP, 3000 Two Logan Square, Eighteenth and Arch Streets, Philadelphia, PA 19103-2799 (lambertj@pepperlaw.com), Counsel for Requestor, Grisoft, S.R.O. and Google, Inc. c/o Google Legal Support/DMCA Complaints, 1600 Amphitheatre Parkway, Mountain View, CA 94043 (legal-support@google.com).

/s/
Henry A. Platt

[Proposed] Order Granting John Doe's Motion To Quash Subpoena Pursuant to 17 USC § 512(h)
Civil Action No. 07-mc-80281-MMC
941500.1