**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRISOFT, S.R.O, | No. C 07-80281 MISC MMC |
| Requester | **ORDER REFERRING TO MAGISTRATE JUDGE MOVANT'S MOTION TO QUASH; VACATING HEARING** |
| v. | |
| GOOGLE, INC., | |
| Witness | |

Pursuant to Civil Local Rule 72-1, Movant John Doe's motion to quash, filed February 1, 2008, is hereby REFERRED to a Magistrate Judge, to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

The March 14, 2008 hearing before the undersigned is hereby VACATED. The parties will be advised of the date, time and place of the next appearance by notice from the assigned Magistrate Judge's chambers.

**IT IS SO ORDERED.**

Dated: February 4, 2008

MAXINE M. CHESNEY
United States District Judge