UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRISOFT, S.R.O., | Case No. C-07-80281 (Misc) MMC (JCS) |
|     Requestor, | |
|   v. | **NOTICE OF REFERENCE;** <br> **ORDER TO MEET AND CONFER** |
| GOOGLE, INC. | |
|     Witness. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter has been referred to Magistrate Judge Joseph C. Spero for a decision regarding John Doe's Motion to Quash Subpoena Pursuant to 17 U.S.C. § 512(h) (the "Motion") [Docket No. 3].

IT IS HEREBY ORDERED as follows:

1. Within ten (10) days from the date of this Order, lead counsel for John Doe and the parties shall meet and confer *in person* in an effort to resolve the Motion

2. Within five (5) business days of the in-person meeting between lead counsel referred to above, the parties shall jointly file a detailed letter with the Court, which will include the matters that remain in dispute, a detailed substantive description of each side's position on each such issue, and a description of each side's proposed compromise on each such issue.

3. After the Court has received the joint letter, the Court will determine what future proceedings, if any, are necessary.

**ELECTRONIC FILING AND COURTESY COPIES**

Please refer to Civil L. R. 5-4 and General Order No. 45 for the Northern District of California for information relating to electronic filing procedures and requirements.

BEFORE NOON ON THE NEXT BUSINESS DAY FOLLOWING THE ELECTRONIC FILING, THE PARTIES ARE REQUIRED TO LODGE DIRECTLY WITH CHAMBERS ONE **PAPER** COPY OF EACH DOCUMENT, WHICH IS TO BE DESIGNATED "JCS'S CHAMBERS' COPY." All filings of documents relating to motions referred to the undersigned shall list the civil case number and the district court judge's initials followed by the designation "(JCS)".

The failure of counsel or a party to abide by this Order may result in sanctions pursuant to Fed. R. Civ. P. 16(f).

IT IS SO ORDERED.

Dated: February 11, 2008

JOSEPH C. SPERO
United States Magistrate Judge