**Pepper Hamilton LLP**
Attorneys at Law

Suite 1700
5 Park Plaza
Irvine, CA 92614-8503
949.567.3500
Fax 949.863.0151

Joseph M. Preis
direct dial:  949.567.3515
fax:  949.863.0151
preisj@pepperlaw.com

February 27, 2008

**FILED OF RECORD**

The Honorable Joseph C. Spero
United States Magistrate Judge
U.S. District Court for the
  Northern District of California
450 Golden Gate Ave.
San Francisco, CA  94102

    Re:    *Grisoft, s.r.o. v. Google, Inc.,*
           Case No. C-07-80281 (Misc) MMC (JCS)

Dear Judge Spero:

    I am writing in accordance with the Court's order of February 11, 2008, as counsel for AVG Technologies CZ, s.r.o., f/k/a Grisoft, s.r.o., the subpoena proponent and respondent on the pending motion to quash in this matter.  My purpose is to supply the joint report of counsel regarding the status of compliance with my client's outstanding subpoena.

    On February 20, 2008, Jason St. John, who is counsel for John Doe, the anonymous proponent of the motion to quash, met and conferred with my colleagues in our Philadelphia office.  The parties believe that at this meeting their respective counsel made substantial progress toward resolving the parties' differences amicably.

**Pepper Hamilton LLP**
Attorneys at Law

The Honorable Joseph C. Spero
Page 2
February 27, 2008


        Therefore, both sides' counsel join in respectfully requesting the Court to afford
them an additional twenty (20) days, to and including March 18, 2008, in which hopefully to
achieve resolution of their remaining disputes, on a voluntary basis.

                        Respectfully,

                        /s/

                        Michael L. Meeks (CSB No. 172000)
                        Joseph J. Preis (CSB No. 212998)

JMP/jll
cc:     Jason M. St. John, Esquire
        Henry A. Platt, Esquire (CSB No. 142304)
          (Via e-mail and First-Class Mail)

The Honorable Joseph C. Spero
Page 3
February 27, 2008


bcc:    David A. Wormser
        Joseph J. Serritella
        Cara M. Kearney
        Jennifer Lori Lambert
            (Via e-mail and i/o mail)