# Pepper Hamilton LLP
#### Attorneys at Law

Suite 1700
5 Park Plaza
Irvine, CA 92614-8503
949.567.3500
Fax 949.863.0151

Joseph M. Preis
direct dial: 949.567.3515
fax: 949.863.0151
preisj@pepperlaw.com

February 27, 2008

**FILED OF RECORD**

The Honorable Joseph C. Spero
United States Magistrate Judge
U.S. District Court for the
 Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102

        Re:    *Grisoft, s.r.o. v. Google, Inc.*,
                 Case No. C-07-80281 (Misc) MMC (JCS)

Dear Judge Spero:

      I am writing in accordance with the Court's order of February 11, 2008, as counsel for AVG Technologies CZ, s.r.o., f/k/a Grisoft, s.r.o., the subpoena proponent and respondent on the pending motion to quash in this matter. My purpose is to supply the joint report of counsel regarding the status of compliance with my client's outstanding subpoena.

      On February 20, 2008, Jason St. John, who is counsel for John Doe, the anonymous proponent of the motion to quash, met and conferred with my colleagues in our Philadelphia office. The parties believe that at this meeting their respective counsel made substantial progress toward resolving the parties' differences amicably.

Philadelphia    Boston    Washington, D.C.    Detroit    New York    Pittsburgh
Berwyn    Harrisburg    Orange County    Princeton    Wilmington
www.pepperlaw.com

Pepper Hamilton LLP
Attorneys at Law

The Honorable Joseph C. Spero
Page 2
February 27, 2008

      Therefore, both sides' counsel join in respectfully requesting the Court to afford them an additional twenty (20) days, to and including March 18, 2008, in which hopefully to achieve resolution of their remaining disputes, on a voluntary basis.

                                                      Respectfully,

                                                      /s/

                                        Michael L. Meeks (CSB No. 172000)
                                        Joseph J. Preis (CSB No. 212998)

JMP/jll
cc:    Jason M. St. John, Esquire
       Henry A. Platt, Esquire (CSB No. 142304)
       (Via e-mail and First-Class Mail)

Dated: March 3, 2008



IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

The Honorable Joseph C. Spero
Page 3
February 27, 2008


bcc:   David A. Wormser
       Joseph J. Serritella
       Cara M. Kearney
       Jennifer Lori Lambert
         (Via e-mail and i/o mail)