# Pepper Hamilton LLP
### Attorneys at Law

Suite 1700
5 Park Plaza
Irvine, CA 92614-8503
949.567.3500
Fax 949.863.0151

Joseph M. Preis
direct dial: 949.567.3515
fax: 949.863.0151
preisj@pepperlaw.com

March 18, 2008

**FILED OF RECORD**

The Honorable Joseph C. Spero
United States Magistrate Judge
U.S. District Court for the
 Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102

        Re:   *Grisoft, s.r.o. v. Google, Inc.*,
                Case No. C-07-80281 (Misc) MMC (JCS)

Dear Judge Spero:

      I am writing as counsel for AVG Technologies CZ, s.r.o., f/k/a Grisoft, s.r.o., to supply the joint report of counsel regarding the status of compliance with my client's outstanding subpoena.

      On February 27, 2008, counsel for both parties requested an additional twenty (20) days to reach an agreement if one were possible. During the time since then, the parties have made considerable progress towards reaching an agreement and appear currently to have an agreement in principle. This agreement, however, is still subject to further negotiations and mutually satisfactory memorialization. Therefore, both sides' counsel join in requesting the Court most respectfully to grant them an additional fifteen (15) days, to and including April 2, 2008, in which to achieve full resolution of their dispute.

**Pepper Hamilton LLP**
Attorneys at Law

The Honorable Joseph C. Spero
Page 2
March 18, 2008

                                          Respectfully,

                                          /s/

                                          Michael L. Meeks (CSB No. 172000)
                                          Joseph J. Preis (CSB No. 212998)

/jll
cc:    Jason M. St. John, Esquire
        Henry A. Platt, Esquire (CSB No. 142304)
         (Via e-mail and First-Class Mail)

Dated: March 19, 2008



IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA