# Pepper Hamilton LLP
#### Attorneys at Law

Suite 1700
5 Park Plaza
Irvine, CA 92614-8503
949.567.3500
Fax 949.863.0151

Joseph M. Preis
direct dial: 949.567.3515
fax: 949.863.0151
preisj@pepperlaw.com

April 2, 2008

**FILED OF RECORD**

The Honorable Joseph C. Spero
United States Magistrate Judge
U.S. District Court for the
 Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102

Re: *Grisoft, s.r.o. v. Google, Inc.*,
Case No. C-07-80281 (Misc) MMC (JCS)

Dear Judge Spero:

We are writing again as attorneys for AVG Technologies CZ, s.r.o., f/k/a Grisoft, s.r.o., to supply another joint report of the progress counsel have made toward resolving the witness' compliance with our client's outstanding subpoena.

When we last reported to the Court on March 18, 2008, counsel requested an additional fifteen (15) days in order to memorialize their settlement negotiations. At this point, we and counsel for the witness are about to circulate a close to final draft of a settlement agreement for consideration and approval by the respective clients. To permit this process to be completed both sides find that they must ask the Court to grant an additional thirty (30) days, to and including May 2, 2008, in which to iron out their settlement. As contemplated, this settlement will result in causing the outstanding subpoena to be marked satisfied.

Pepper Hamilton LLP
Attorneys at Law

The Honorable Joseph C. Spero
Page 2
April 2, 2008

        May we ask most respectfully the Court's forbearance until then?

        Respectfully,

/s/
Michael L. Meeks (CSB No. 172000)
Joseph J. Preis (CSB No. 212998)

JJP/jll

cc:    Jason M. St. John, Esquire
      Henry A. Platt, Esquire (CSB No. 142304)
       (Via e-mail and First-Class Mail)