# Pepper Hamilton LLP
###### Attorneys at Law

Suite 1200
4 Park Plaza
Irvine, CA 92614-5955
949.567.3500
Fax 949.863.0151

Joseph M. Preis
direct dial: 949.567.3515
fax: 949.863.0151
preisj@pepperlaw.com

May 2, 2008

## FILED OF RECORD

The Honorable Joseph C. Spero
United States Magistrate Judge
U.S. District Court for the
  Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102

      Re:    *Grisoft, s.r.o. v. Google, Inc.*,
                Case No. C-07-80281 (Misc) MMC (JCS)

Dear Judge Spero:

      We write the Court again on behalf of our client, the subpoena proponent, AVG Technologies CZ, s.r.o., f/k/a Grisoft, s.r.o. Our purpose is to make another joint report of the progress counsel have made toward settlement of the witness' compliance with our client's subpoena requests.

      When we last reported to the Court on April 2, 2008, counsel believed that they were in prospect of concluding their negotiations by today. It is now clear, however, that the parties will need an additional thirty (30) days, to and including June 2, 2008, in which to resolve the case finally.

      Accordingly, counsel for both sides join in respectfully requesting that the Court grant them this further extension.

**Pepper Hamilton LLP**
Attorneys at Law

The Honorable Joseph C. Spero
Page 2
May 2, 2008

                                                Respectfully,

                                               Michael L. Meeks (CSB No. 172000)
                                               Joseph J. Preis (CSB No. 212998)

JJP/jll

cc:    Jason M. St. John, Esquire
        Henry A. Platt, Esquire (CSB No. 142304)
          (Via e-mail and First-Class Mail)

**Pepper Hamilton LLP**
Attorneys at Law