# Pepper Hamilton LLP
## Attorneys at Law

Suite 1200
4 Park Plaza
Irvine, CA 92614-5955
949.567.3500
Fax 949.863.0151

Joseph M. Preis
direct dial: 949.567.3515
fax: 949.863.0151
preisj@pepperlaw.com

June 2, 2008

**FILED OF RECORD**

The Honorable Joseph C. Spero
United States Magistrate Judge
U.S. District Court for the
 Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102

Re: *Grisoft, s.r.o. v. Google, Inc.*,
Case No. C-07-80281 (Misc) MMC (JCS)

Dear Judge Spero:

We again write the Court on behalf of our client, the subpoena proponent, AVG Technologies CZ, s.r.o., f/k/a Grisoft, s.r.o. to provide a joint report on behalf of the parties.

On May 2, 2008, we requested an additional thirty (30) days to resolve any remaining disputes between the parties through the finalizing of a proposed agreement. However, at this point in time, we are still negotiating several specific terms of the agreement. Since the parties anticipate that a final agreement will resolve any and all disputes arising from the pending subpoena, the parties join in respectfully requesting that the Court grant an additional thirty (30) days, up to an including July 2, 2008, to finalize and execute the agreement.

Respectfully,

Michael L. Meeks (CSB No. 172000)
Joseph J. Preis (CSB No. 212998)

JJP/jll



IT IS SO ORDERED
Judge Joseph C. Spero