

Henry A. Platt<br>
Phone: (202) 333-8800<br>
Fax: (202) 295-6776<br>
hplatt@saul.com<br>
www.saul.com

July 2, 2008

**VIA ELECTRONIC FILING**

IT IS SO ORDERED.
7/14/08

*APPROVED* — Judge Joseph C. Spero

The Honorable Joseph C. Spero
United States Magistrate Judge
U.S. District Court for the Northern
  District of California
450 Golden Gate Avenue
San Francisco, California 94102

    Re:   *Grisoft, s.r.o. v. Google, Inc.*
           Case No. C-07-80281 (Misc) MMC (JCS)

Dear Judge Spero:

    I am writing on behalf of my client, the subpoena recipient, John Doe, to provide a joint status report on behalf of the parties. On June 2, 2008, the parties requested an additional thirty (30) days to resolve any remaining disputes and finalize the terms of a proposed settlement agreement. However, at this point in time, we are still negotiating a few specific terms of the agreement. The parties anticipate that the settlement agreement will resolve any and all disputes between them and join in respectfully asking this court to grant an additional thirty (30) days, up to and including, August 1, 2008, to finalize and execute a settlement agreement.

    Your Honor, the parties truly appreciate your patience and the opportunity to amicably resolve their disputes.

    Should you have any questions, please contact me.

                    Very truly yours,

                    Henry A. Platt

HAP:lh

The Honorable Joseph C. Spero
July 2, 2008
Page 2

cc:   Michael L. Meeks (CSB No. 172000)
      Joseph J. Preis (CSB No. 212998)
      Jennifer L. Lambert, Esquire
      Jason M. St. John, Esquire

945516.1 7/2/08