

Henry A. Platt
Phone: (202) 333-8800
Fax: (202) 295-6776
hplatt@saul.com
www.saul.com

August 1, 2008

**VIA ELECTRONIC FILING**

The Honorable Joseph C. Spero
United States Magistrate Judge
U.S. District Court for the Northern
  District of California
450 Golden Gate Avenue
San Francisco, California 94102

    Re:    *Grisoft, s.r.o. v. Google, Inc.*
              Case No. C-07-80281 (Misc) MMC (JCS)

Dear Judge Spero:

    I am writing on behalf of my client, the subpoena recipient, John Doe, to inform you that despite the parties' best efforts, we have reached an impasse in our efforts to resolve the matter.

    Accordingly, I am authorized by Grisoft, s.r.o. to represent that the parties jointly propose that this Court establish the following briefing schedule relating to John Doe's pending Motion to Quash the Subpoena (the "Motion"):

- August 15, 2008 – Deadline for Grisoft, s.r.o. to file any opposition to the Motion

- August 25, 2008 – Deadline for John Doe to file a Reply to any opposition by Grisoft, s.r.o. to the Motion

    Should you have any questions, please contact me.

                          Very truly yours,

                          Henry A. Platt

HAP:lh

500 East Pratt Street ◆ Baltimore, MD 21202-3133 ◆ Phone: (410) 332-8600 ◆ Fax: (410) 332-8862
BALTIMORE    CHESTERBROOK    HARRISBURG    NEWARK    PHILADELPHIA    PRINCETON    WASHINGTON    WILMINGTON
A DELAWARE LIMITED LIABILITY PARTNERSHIP
946305.1 8/1/08

The Honorable Joseph C. Spero
August 1, 2008
Page 2

cc:    Michael L. Meeks (CSB No. 172000)
        Joseph J. Preis (CSB No. 212998)
        Jennifer L. Lambert, Esquire
        Jason M. St. John, Esquire

946305.1 8/1/08