HENRY A. PLATT (CSB No. 142304)
Email: hplatt@saul.com
SAUL EWING LLP
2600 Virginia Avenue, N.W.
Suite 1000 – The Watergate
Washington, D.C. 20037-1922
Tel.: 202.333.8800
Fax: 202.295.6776

Attorneys for Movant, John Doe

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| GRISOFT, S.R.O.,<br><br>　　　　Requestor,<br><br>　vs.<br><br>GOOGLE, INC.,<br><br>　　　　Witness. | Case No. 07-mc-80281-MMC-JCS<br><br>**REPLY BY JOHN DOE RE MOTION TO QUASH SUBPOENA PURSUANT TO 17 U.S.C. § 512(h)** |

On or about December 13, 2007, Grisoft, S.R.O. ("Grisoft") filed a Request with this Court for the issuance of a subpoena to Google purportedly in accordance with 17 U.S.C. § 512(h). On February 1, 2008, Movant John Doe ("Doe") moved to quash the subpoena issued by Grisoft because Grisoft is attempting to misuse the subpoena process pursuant to the Digital Millenium Copyright Act ("DMCA"), 17 U.S.C. § 512, *et seq*. On February 11, 2008, this matter was referred to Magistrate Judge Joseph C. Spero for a decision regarding the Motion to Quash.

1
Reply By John Doe Re Motion To Quash Subpoena Pursuant To 17 U.S.C. § 512(h)
Civil Action No. 07-mc-8021-MMC-JCS
946777.1 8/21/08

On August 1, 2008, after several continuances requested by the parties in an unsuccessful effort to amicably resolve the dispute, the parties filed a joint proposed briefing schedule with the Court. On August 4, 2008, the Court "So Ordered" the proposed briefing schedule, ordering that Grisoft file any opposition to Doe's Motion to Quash no later than August 15, 2008.

To date, Grisoft has not filed any opposition to the Motion to Quash, and it has filed no motion to extend the August 15, 2008 deadline. Accordingly, John Doe's Motion to Quash is unopposed and Movant respectfully submits that its motion should be granted for the reasons set forth in John Doe's Motion to Quash.

Respectfully submitted,

SAUL EWING LLP

Dated: August 21, 2008          By:          /s/
                                        Henry A. Platt

                                Attorneys for Movant
                                JOHN DOE