Michael L. Meeks, Esq. (State Bar No. 172000)
meeksm@pepperlaw.com
Joseph M. Preis, Esq. (State Bar No. 212998)
preisj@pepperlaw.com
**PEPPER HAMILTON LLP**
4 Park Plaza, Suite 1200
Irvine, California 92614
Telephone: 949.567.3500
Fax: 949.863.0151

Attorneys for Requestor

UNITED STETS DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRISOFT, S.R.O., | Case No. C-07-80281 (Misc) MMC (JCS) |
| Requestor, | |
| v. | **PROPOSED ORDER** |
| GOOGLE, INC., | |
| Witness. | |

Upon consideration of the motion by John Doe to quash subpoena pursuant to 17 U.S.C. § 512(h) [Docket No. 3] and the related briefs and arguments of counsel and in view of the Notice of Dismissal dated August 21, 2008, and duly filed and served by the subpoena requestor in this matter,

1    IT IS HEREBY ORDERED, that said motion is rendered MOOT and

2    accordingly is DISMISSED WITHOUT PREJUDICE.

3    Dated: _____    _____

4                                      JOSEPH C. SPERO

5                                      United States Magistrate Judge