1  Michael L. Meeks, Esq. (State Bar No. 172000)
2  meeksm@pepperlaw.com
   Joseph M. Preis, Esq. (State Bar No. 212998)
3  preisj@pepperlaw.com
4  **PEPPER HAMILTON LLP**
   4 Park Plaza, Suite 1200
5  Irvine, California  92614
6  Telephone:  949.567.3500
   Fax:  949.863.0151
7
8  Attorneys for Requestor
9
10                UNITED STETS DISTRICT COURT
11             NORTHERN DISTRICT OF CALIFORNIA

12 | GRISOFT, S.R.O.,              | Case No.  C-07-80281 (Misc) MMC
13 |                               | (JCS)
   |         Requestor,            |
14 |                               | NOTICE OF DISMISSAL
15 |    v.                         |
16 |                               |
17 | GOOGLE, INC.,                 |
18 |         Witness.              |
19

20
21 TO THE CLERK OF COURT, ALL PARTIES AND INTERESTED PERSONS:
22     PLEASE TAKE NOTICE that AVG Technologies, c.r.o., formerly known
23 as, Grisoft, s.r.o., the subpoena requestor in this matter, by its counsel, pursuant to
24 F.R. Civ. P. 41(a)(1)(A)(i), hereby dismisses without prejudice the subpoena duces
25 tecum issued by this Court on January 3, 2008, against the third party witness,
26 Google, Inc.
27
28

#9997947 v1                                1

| | |
|---|---|
| 1 | It is further submitted that this notice renders moot the pending motion to quash subpoena pursuant to 17 U.S.C. § 512(h), of the moving party, John Doe [Docket No. 3], which motion likewise should be dismissed without prejudice. A form of order to such effect is included with this notice. |

Dated: August 21, 2008                    PEPPER HAMILTON LLP


By:　　　　/s/
　　　Michael L. Meeks
　　　Attorneys for Requestor

#9997947 v1

-2-

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___ day of August, 2008, I caused to be served via electronic mail and first-class mail a copy of the foregoing Notice of Dismissal and proposed order upon:

Henry A. Platt, Esquire
hplatt@saul.com
2600 Virginia Avenue, N.W.
Suite 1000 – the Watergate
Washington, D.C. 20037-1922

Counsel for the Movant John Doe

and:

Google, Inc.
legal-support@goggle.com
Attn: Google Legal Support/DMCA Complaints
1600 Amphitheatre Parkway
Mountain View, CA 94043

Counsel for the Witness

/S/
_____
Michael L. Meeks

#9997947 v1                -3-