1  Michael L. Meeks, Esq. (State Bar No. 172000)
2  meeksm@pepperlaw.com
   Joseph M. Preis, Esq. (State Bar No. 212998)
3  preisj@pepperlaw.com
4  **PEPPER HAMILTON LLP**
   4 Park Plaza, Suite 1200
5  Irvine, California  92614
6  Telephone:  949.567.3500
   Fax:  949.863.0151
7

8  Attorneys for Requestor

9
                    UNITED STETS DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11

12 | GRISOFT, S.R.O.,                    | Case No.  C-07-80281 (Misc) MMC
13 |                                     | (JCS)
   |         Requestor,                  |
14 |                                     | ~~PROPOSED~~ ORDER
15 |    v.                               |
16 |                                     |
17 | GOOGLE, INC.,                       |
18 |         Witness.                    |
19

20

21     Upon consideration of the motion by John Doe to quash subpoena pursuant
22 to 17 U.S. C. § 512(h) [Docket No. 3] and the related briefs and arguments of
23 counsel and in view of the Notice of Dismissal dated August 21, 2008, and duly
24 filed and served by the subpoena requestor in this matter,
25
26
27
28

#9997982 v1                              1

1  IT IS HEREBY ORDERED, that said motion is rendered MOOT and
2  accordingly is DISMISSED WITHOUT PREJUDICE.

3  Dated:  August 22, 2008

4  ~~JOSEPH C. SPERO~~  MAXINE M. CHESNEY
5  United States ~~Magistrate~~ Judge
     District

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

#9997982 v1                    -2-